IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

MARCUS ZOHRON MORGAN,

      Appellant,

v.

      CASE NO.  5D23-3594
      LT CASE NO. 2018-CF-001358-A

STATE OF FLORIDA,

      Appellee.
_____/

DATE:     April 12, 2024

**BY ORDER OF THE COURT:**

ORDERED that Appellant's Notice of Voluntary Dismissal, filed April 5, 2024 (mailbox date), is accepted and the above-styled cause is dismissed.

*I hereby certify that the foregoing is*
*(a true copy of) the original Court order.*

SANDRA B. WILLIAMS, CLERK

cc:

Office of the Attorney    Marcus Zohron Morgan
General